# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOBBY CLAY** | * | **CIVIL ACTION:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **ENSCO OFFSHORE COMPANY** | * | **SECTION:** |
| **AND/OR ENSCO INCORPORATED** | * | |
| | * | **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>COMPLAINT</u>

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bobby Clay, a person of the full age of majority and a resident of the State of Louisiana, who, for a cause of action, respectfully represents that:

### I.

Made defendant herein is ENSCRO Offshore Company and/or ENSCO Incorporated, a foreign corporation licensed to do and doing business in this judicial district, and was at all times pertinent hereto the owner and/or operator of the semisubmersible drilling vessel, ENSCO 8506.

### II.

Jurisdiction is based on 28 U.S.C. §§1331 and 1333, through the Jones Act, 46 U.S.C. 30104 and the General Maritime Law of the United States of America.

### III.

On or about August 7, 2013, Bobby Clay was an employee of Ensco International and working on the semisubmersible drilling vessel ENSCO 8506, which vessel, at that time, was located in the navigable waters of the United States, when he suffered severe and excruciating injuries which were proximately caused by the negligence of defendant, ENSCRO Offshore

Company and/or ENSCO Incorporated, its employees, agents, or servants and/or the unseaworthiness of the semisubmersible drilling vessel ENSCO 8506.

**IV.**

As a result of the above described accident, plaintiff, Bobby Clay, has suffered a loss of income, medical expenses, severely painful and disabling injuries, and will sustain future loss wages, medical expenses all to his damage, in an amount to be determined in this proceeding, and all which is due to the negligence of defendant.

**V.**

Plaintiff, Bobby Clay, seeks all maintenance and cure, to which he may be entitled from defendant, ENSCRO Offshore Company and/or ENSCO Incorporated, and further seeks compensatory damages, attorney fees, or any other appropriate damages, including punitive damages for any failure to pay maintenance or to pay cure as required by law.

**VI.**

Plaintiff requests trial by jury.

**WHEREFORE**, plaintiff, Bobby Clay, prays that after due proceedings had, there be judgment rendered herein in his favor and against defendant, name def in an amount sufficient to compensate him for the damages set forth herein, for all cost of these proceedings, for interest from the date of judicial demand until paid, and for any and all other relief to which he is entitled. Plaintiff further prays for trial by jury.

Respectfully submitted:

/s/ Frank E. Lamothe III
FRANK E. LAMOTHE III, T.A. (#07945)
RICHARD M. MARTIN (#08998)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone: (504) 704-1414
Facsimile: (985) 249-6006
E-Mail: felamothe@lamothefirm.com
       rmartin@lamothefirm.com
*Attorneys for Plaintiff, Bobby Clay*

**Service of the Complaint to be made
by issuance of Waiver of Service to:**
ENSCRO Offshore Company
and/or ENSCO Incorporated