AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| BOBBY CLAY<br><br>*Plaintiff(s)*<br>v.<br>ENSCO OFFSHORE COMPANY AND/OR ENSCO INCORPORATED<br><br>*Defendant(s)* | Civil Action No. 2014-02508 L(3) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ENSCO OFFSHORE COMPANY
THROUGH ITS REGISTERED AGENT
CT CORPORATION SYSTEM
SUITE 400B
5615 CORPORATE BLVD.
BATON ROUGE, LOUISIANA  70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FRANK E. LAMOTHE III/RICHARD M. MARTIN, JR.
LAMOTHE LAW FIRM, LLC
400 POYDRAS STREET, SUITE 1760
NEW ORLEANS, LOUISIANA  70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**William W. Blevins**
Name of clerk of court

P. Hebert
Deputy clerk's signature

Date:  Nov 19 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2014-02508 L(3)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ensco Offshore Corp.
was received by me on *(date)* 11/21/14 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.T. Corporation Baton Rouge, who is designated by law to accept service of process on behalf of *(name of organization)* Ensco Offshore on *(date)* 11/21/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/21/14

_____
Server's signature

N. Cuepasi - Rupossi Server
Printed name and title

14 Sterling Av, Jeff, LA 70121
Server's address

Additional information regarding attempted service, etc: