**MINUTE ENTRY**
**KNOWLES, M.J.**
**MAY 6, 2016**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY CLAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2508** |
| **ENSCO OFFSHORE COMPANY, ET AL.** | **SECTION "L" (3)** |

A Settlement Conference was conducted this date.

Present:       Ryan Martin
                  Dee Flint
                  Jolie Slocum
                  Richard Martin
                  Frank Lamothe
                  Bobby Clay
                  Adrenya Clay

Following discussions among the parties, the above-captioned case has settled. The Settlement was read into the record in open court on May 6, 2016. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:30)